**Order entered December 18, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01292-CV

### IN RE RODNEY J. MCGAFFEY, Relator

**Original Proceeding from the 439th Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause No. 1-10-582**

## ORDER
Before Justices Bridges, Osborne, and Carlyle

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus.

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE